IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHARLENE Y. ISHMAEL       )
                                  )
v.                              )     No. 3-10-0694
                                  )
SUPPORT SOLUTIONS OF THE MID-   )
SOUTH LLC, individually and d/b/a    )
Support Solutions of Tennessee      )

O R D E R

Pursuant to the orders entered September 1, 2010 (Docket Entry Nos. 8-9), counsel for the parties called the Court on January 14, 2011, at which time they advised that they were involved in significant settlement discussions and were optimistic that they might be able to reach a settlement in this case within the next 1-2 weeks.

Defendant's counsel also advised that there were outstanding written discovery requests to which plaintiff's counsel had represented responses would be served shortly, and that he had noticed the plaintiff's deposition. In the event the parties are not able to reach a settlement, the plaintiff also wants to take depositions and the defendant does not object to that request.

Counsel for the parties shall convene another telephone conference call with the Court on **Friday, January 28, 2011, at 10:00 a.m.,** to be initiated by plaintiff's counsel, to address whether the parties have been able to reach a settlement and, if so, when they will file an agreed order or stipulation of dismissal, and, if not, whether the potential for settlement remains and whether ADR would be appropriate, and, if not, to address any requests for extensions of deadlines for completion of discovery and filing any discovery motions.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge