IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHARLENE Y. ISHMAEL,

    Plaintiff,

V.                                CASE NO. 3:10-CV-0694

SUPPORT SOLUTIONS OF THE
MIDSOUTH, LLC,

    Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL

The parties, by and through counsel, as evidenced by their signatures below, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate that they have fully and finally compromised and settled all disputes between them, and hereby stipulate that this action be dismissed with prejudice.

*So ordered.* [handwritten notation with signature]

Respectfully submitted,

**SCRUGGS & LAND, PLLC**

s/ Jeffrey A. Land
JEFFREY A. LAND, #15835
Attorneys for Defendant
P.O. Box 120342
Nashville, TN 37212
(901) 335-7228

**LAW OFFICE OF DONALD D. ZUCCARELLO**

s/ Nina Parsley
NINA PARSLEY, #23818
Donald D. Zuccarello, #15092

1